| | | |
|---|---|---|
| BRADLEY J. WALLER | The Honorable: | BRUCE W. BLACK |
| KLEIN, STODDARD, BUCK, WALLER | Chapter   7 | |
| | Location: | Will County Court Annex, 57 N Ottawa, Joliet, IL |
| 2045 ABERDEEN COURT | Hearing Date: | 11/13/2009 |
| SYCAMORE, IL  60178 | Hearing Time: | 09:15am |
| (815) 748-0380 | Response Date: | / / |

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: ALBERICO, RANDY G  
      ALBERICO, TAMAIRA L  
      ALBERICO, TAMMY  
                Debtors

Case No. 07-03360

Chapter   7

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that BRADLEY J. WALLER_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
    219 S. Dearborn Street
    Chicago, IL  60604

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee.  If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:15am on 11/13/2009 in Courtroom 201, United States Courthouse, Will County Court Annex Building
57 North Ottawa Street
Joliet, IL  60432.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay
    dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (9/1/2009)**

Date Mailed: 09/29/2009    By: /s/BRADLEY J. WALLER
                                         Trustee, Bradley J. Waller

BRADLEY J. WALLER

2045 ABERDEEN COURT
SYCAMORE, IL 60178

**UST Form 101-7-NFR (9/1/2009)**

BRADLEY J. WALLER  
KLEIN, STODDARD, BUCK, WALLER  

2045 ABERDEEN COURT  
SYCAMORE, IL 60178  
(815) 748-0380  

The Honorable: BRUCE W. BLACK  
Chapter 7  
Location: Will County Court Annex, 57 N Ottawa, Joliet, IL  
Hearing Date: 11/13/2009  
Hearing Time: 09:15am  
Response Date: / /  

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: ALBERICO, RANDY G  
      ALBERICO, TAMAIRA L  
      ALBERICO, TAMMY  
      Debtors

Case No. 07-03360  

Chapter 7

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 9,635.04 |
| *and approved disbursements of* | $ 6,273.50 |
| *leaving a balance on hand of* [1] | $ 3,361.54 |

Claims of secured creditors will be paid as follows:

*Claimant*                                               *Proposed Payment*

                                    N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| Trustee | BRADLEY J. WALLER | $ 1,713.48 | $ 142.75 |
| Attorney for trustee | | $ | $ |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | | $ | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ | $ |
| Fees, | United States Trustee | $ | $ |
| Other | | $ | $ |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| *Attorney for debtor* | $ | $ |
| *Attorney for* | $ | $ |
| *Accountant for* | $ | $ |
| *Appraiser for* | $ | $ |
| *Other* | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 23,394.11 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 6.4 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 1 | Yellow Book USA | $ 309.00 | $ 19.88 |
| 2 | Discover Bank/Discover Financial Services | $ 8,483.10 | $ 545.78 |
| 3 | Xyron | $ 105.79 | $ 6.81 |
| 4 | US Bank N A | $ 6,640.17 | $ 427.21 |
| 5 | Household Finance Corporation | $ 7,856.05 | $ 505.43 |

**UST Form 101-7-NFR (9/1/2009)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number    Claimant                                    Allowed Amt. of Claim    Proposed Payment*
                             N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number    Claimant                                    Allowed Amt. of Claim    Proposed Payment*
                             N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

**UST Form 101-7-NFR (9/1/2009)**

Prepared By: /s/BRADLEY J. WALLER
                          Trustee

BRADLEY J. WALLER

2045 ABERDEEN COURT
SYCAMORE, IL  60178

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

```
                                    CERTIFICATE OF SERVICE
BAE SYSTEMS
Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

District/off: 0752-1          User: terrir            Page 1 of 1            Date Rcvd: Mar 01, 2007
Case: 07-03360                Form ID: b9a            Total Served: 32

The following entities were served by first class mail on Mar 03, 2007.
db         +Randy G Alberico,    1303 Meagan Court,    Minooka, IL 60447-9812
jdb        +Tamaira L Alberico,    1303 Meagan Court,    Minooka, IL 60447-9812
aty        +Eric G Zelazny,    Eric Zelazny + Associates, P.C.,    116 N. Chicago Street,    Suite 302,
             Joliet, IL 60432-4293
tr         +Bradley J Waller,    Klein Stoddard Buck Waller & Lewis LLC,    2045 Aberdeen Court,
             Sycamore, IL 60178-3140
11199804   +Alberico Randy G,    1303 Meagan Court,    Minooka, IL 60447-9812
11199805   +Alberico Tamaira L,    1303 Meagan Court,    Minooka, IL 60447-9812
11199807   +At&T,    P.O. Box 8100,    Aurora, IL 60507-8100
11199808   +At&T Yellow Pages,    8519 Innovation Way,    Chicago, IL 60682-0085
11199809   +Bank Of America,    P.O. Box 17322,    Baltimore, MD 21297-1322
11199810   +Bank Of America,    P.O. Box 60073,    City Of Industry, CA 91716-0073
11199811   +Bank Of America,    P.O. Box 1598,    Norfolk, VA 23501-1598
11199815   +Chase Home Finance,    PO Box 79072,    Phoenix, AZ 85062-9072
11199816    Citi Cards,    P.O Box 688912,    Des Moines, IA 50368-8912
11199817    ComEd,    Chicago, IL 60668-0002
11199806   +Eric G Zelazny + Associates PC,    116 N Chiccago St Suite 302,    Joliet, IL 60432-4293
11199819   +Founders Bank, Minooka Branch,    502 W. Mondamin St.,    P.O.Box 429,    Minooka, IL 60447-0429
11199820   +Home Pages,    915 E. Lincoln Hwy.,    Dekalb, IL 60115-3941
11199821   +Montana Investments,    3101 W. Jefferson Street,    Joliet, IL 60435-4733
11199822   +Morris Daily Herald,    1804 Division St,    Morris, IL 60450-3111
11199823   +News About You,    4100 Cadillac Court,    Louisville, KY 40213-1591
11199825   +Oak Brook Bank,    P.O. Box 5165,    Oak Brook, IL 60522-5165
11199826   +Poster Compliance Center,    3687 Mt. Diablo Blvd.,    Lafayette, CA 94549-3717
11199827   +The Scrapbug Tote Co.,    13904 NW 52nd Ave.,    Vancouver, WA 98685-1595
11199828  ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court:   U.S. Bank,    P.O. Box 790408,    St. Louis, MO 63179-0408)
11199829   +Village Of Channahon,    24555 S. Navajo Drive,    Channahon, IL 60410-5600
11199830   +Xyron,    7400 E. Tierra Buena Lane,    Scottsdale, AZ 85260-1795
11199831   +Yellow Book USA,    P.O.Box 586,    Newark, NJ 07101-0586

The following entities were served by electronic transmission on Mar 02, 2007.
11199810   +EDI: BANKAMER2.COM Mar 02 2007 00:21:00      Bank Of America,    P.O. Box 60073,
             City Of Industry, CA 91716-0073
11199811   +EDI: BANKAMER2.COM Mar 02 2007 00:21:00      Bank Of America,    P.O. Box 1598,
             Norfolk, VA 23501-1598
11199812   +EDI: CAPITALONE.COM Mar 02 2007 00:21:00      Capital One,    P O Box 790217,
             St. Louis, MO 63179-0217
11199814   +EDI: CHASE.COM Mar 02 2007 00:21:00      Chase,    800 Brookside Blvd,    Westerville, OH 43081-2822
11199813   +EDI: CHASE.COM Mar 02 2007 00:21:00      Chase,    P.O. Box 15153,    Wilmington, DE 19886-5153
11199818    EDI: DISCOVER.COM Mar 02 2007 00:21:00      Discover,    PO Box 30395,
             Salt Lake City, UT 84130-0395
11199824   +E-mail/Text: bankrup@nicor.com                         Nicor Gas,    PO Box 416,
             Aurora, IL 60568-0001
11199828   +EDI: USBANKARS.COM Mar 02 2007 00:21:00      U.S. Bank,    P.O. Box 790408,
             St. Louis, MO 63179-0408
                                                                                              TOTAL: 8

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 03, 2007                 Signature:    _Joseph Speetjens_